JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RAY COYLE, | ) NO. EDCV 06-1121-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| L.E. SCRIBNER (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 15, 2011.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE